Same case below, 388 Ill. App. 3d 1139, 367 Ill. Dec. 609, 982 N.E.2d 287.

**No. 09-822. CenTra, Inc., et al., Petitioners v. Central States, Southeast and Southwest Areas Pension Fund.**

559 U.S. 1006, 130 S. Ct. 1885, 176 L. Ed. 2d 364, 2010 U.S. LEXIS 2568.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 578 F.3d 592.

**No. 09-823. Dale Michele Stingley, Petitioner v. Den-Mar Inc., et al.**

559 U.S. 1006, 130 S. Ct. 1888, 176 L. Ed. 2d 364, 2010 U.S. LEXIS 2564, ▇

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 347 Fed. Appx. 14.

**No. 09-825. George E. Burdick, Petitioner v. Pritchett & Birch, PLLC, et al.**

559 U.S. 1006, 130 S. Ct. 1888, 176 L. Ed. 2d 364, 2010 U.S. LEXIS 2572, ▇

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 326 Fed. Appx. 169.

**No. 09-827. James Davey, et ux., Petitioners v. Robert L. Pratt, et ux.**

559 U.S. 1006, 130 S. Ct. 1888, 176 L. Ed. 2d 364, 2010 U.S. LEXIS 2566.

March 22, 2010. Petition for writ of certiorari to the Court of Appeals of Washington, Division 3, denied.

**No. 09-828. Ivan Kuhar, Petitioner v. Marc Glassman, Inc.**

559 U.S. 1006, 130 S. Ct. 1890, 176 L. Ed. 2d 364, 2010 U.S. LEXIS 2593.

March 22, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Cuyahoga County, denied.

**No. 09-835. Gail Wilson, Petitioner v. San Luis Obispo County Democratic Central Committee, et al.**

559 U.S. 1006, 130 S. Ct. 1936, 176 L. Ed. 2d 364, 2010 U.S. LEXIS 2592.

March 22, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

Same case below, 175 Cal. App. 4th 489, 96 Cal. Rptr. 3d 332.

**No. 09-836. Steven B. Pollack, et al., Petitioners v. Department of Justice, et al.**

559 U.S. 1006, 130 S. Ct. 1890, 176 L. Ed. 2d 364, 2010 U.S. LEXIS 2574.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 577 F.3d 736.